

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Barbara Ann Dominey, Individually, and as Trustee of the Dominey Exempt Bypass Trust, the Dominey Non-Exempt Bypass Trust, the Dominey 2012 Irrevocable Trust f/b/o Elena Marquarita Dominey Langston, Teresa Eddinger, and Allison Allen, co-trustees of the Dominey Insurance Trust of 1993, and Estate of Samuel Dominey Jr., | § § § § § § § | No. 08-21-00187-CV<br><br>Appeal from the<br><br>278th District Court<br><br>of Walker County, Texas<br><br>(TC# 2130121) |
| Appellants, | § | |
| v. | § | |
| Elena Marquarita Dominey Langston, Florence Olivia Dominey Campbell, and Matthew David Dominey, Beneficiaries of the Dominey 2012 Irrevocable Trust, the Dominey Exempt Bypass Trust, the Dominey Non-Exempt Bypass Trust, and the Dominey Insurance Trusts of 1993, | § § § § § | |
| Appellees. | § | |

## **O R D E R**

The Court on its own motion REINSTATES the above styled and numbered cause. The Appellants' briefs are now due December 19, 2022.

IT IS SO ORDERED this 29th day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.